**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                       NO. 4:13CR00252-01 JLH

JUSTIN COBB                                                                               DEFENDANT

## ORDER

On June 3, 2014, the Court entered an order setting a deadline of June 18, 2014, for counsel for the government or defendant to dispute the findings in the forensic evaluation report, to file a motion for hearing, or motion in opposition to the report, including a concise statement of opposition to the report and supporting authorities.

No opposition to the report has been filed. Therefore, the conclusions stated in the report are adopted as the conclusions and findings of the Court.

IT IS SO ORDERED this 19th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE